1010

THE STATE OF WASHINGTON, *Respondent*, v. LOWEL C. WENTWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 05-1-00298-0, Michael E. Cooper, J., entered July 24, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Stephens, JJ.

JOHN ENGLISH ET AL., *Appellants*, v. ROSEANN CASSELBERRY ET AL., *Defendants*, CHRISTOPHER L. FORNIA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-03510-7, Gregory D. Sypolt, J., entered November 8, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kulik and Stephens, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. VANCE MCGEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08451-4, J. Wesley Saint Clair, J., entered July 13, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, A.C.J., and Becker, J.

THE STATE OF WASHINGTON, *Respondent*, v. ALIK ALEKSANDROVICH LEBEDEV, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-02992-1, Kenneth L. Cowsert, J., entered September 21, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.